1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4
   Attorneys for Plaintiff
5

6                    IN THE UNITED STATES DISTRICT COURT

7                        EASTERN DISTRICT OF CALIFORNIA

8
   **ADELITA P. GARCIA**              )   Case No. 12- CV-2628 CMK
9  **xxx-xx-5241**                    )
                                      )
10                                    )
                                      )   STIPULATION AND
11                                    )   ORDER EXTENDING PLAINTIFF'S
           **Plaintiff,**             )   TIME TO FILE SUMMARY
12                                    )   JUDGEMENT MOTION
   v.                                 )
13                                    )
   **CAROLYN W. COLVIN**              )
14                                    )
   **Acting Commissioner of Social Security** )
15 **of the United States of America,** )
                                      )
16                                    )
           **Defendant.**             )
17                                    )
                                      )
18 _____    )

19
       IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that
20
   Plaintiff's time to file her summary judgment motion is hereby extended from May 28, 2013, to
21
   June 21, 2013, and that Defendant's brief will be due July 22, 2013.  Plaintiff's counsel has five
22
   other briefs due within the same  seven day period and needs to extend the due date for this summary
23
   judgment motion.  This is Plaintiff's first requested extension on this case.
24
25  / / / /

26  / / / /

27  / / / /

28

                                          1

| | | |
|---|---|---|
| 1 | Dated: May 28, 2013 | /s/Bess M. Brewer |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: May 28, 2013        Benjamin B. Wagner
                           United States Attorney
                           Donna L. Calvert
                           Acting Regional Chief Counsel, Region IX
                           Social Security Administration

                           /s/Theophous Reagans
                           THEOPHOUS REAGANS
                           Special Assistant United States Attorney
                           Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  June 7, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2