IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELITA P. GARCIA, | No. 2:12-cv-2628-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

Pending before the court is defendant's request for an extension of time (Doc. 18) to file her dispositive motion. Defendant indicates a stipulation could not be obtained as counsel was unable to reach plaintiff's counsel by telephone. No objection to defendant's request has been received.

/ / /

/ / /

/ / /

/ / /

1

1       Good cause appearing therefor, the request is granted.  Defendant's response to
2 plaintiff's motion for summary judgment, shall be filed on or before October 28, 2013.[1]
3       IT IS SO ORDERED.

5  DATED: October 21, 2013

                                                   **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant requested until October 20, 2013.  However, as that date is a Sunday, the court will interpret the request as a typographical error, and allow until October 28, 2013, for the response to be filed.